

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00524-CV

**IN THE INTEREST OF J.N.M.**, N.I.M., G.L.M., and H.Y.M., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02633
Honorable Richard Garcia, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant Melissa R. because she is indigent.

SIGNED December 18, 2013.

Marialyn Barnard, Justice

---

[1] The Honorable Barbara Nellermoe is the presiding judge of the 45th Judicial District Court of Bexar County, Texas. The termination order was signed by Associate Judge Richard Garcia.